*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Karen B. Evans and Lawrence M Evans  : Case No. 16–18086–sr
    Debtor(s)

***ORDER***
_____

AND NOW, this day , 10th day of March, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

        By The Court

        Stephen Raslavich
        Judge , United States Bankruptcy Court

17
Form 195