United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-18086-sr
Karen B. Evans                                                      Chapter 7
Lawrence M Evans
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett          Page 1 of 1           Date Rcvd: Mar 10, 2017
                             Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2017.
db/jdb        +Karen B. Evans,    Lawrence M Evans,   7734 Whitaker Avenue,   Philadelphia, PA 19111-2813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Joint Debtor Lawrence M Evans brad@sadeklaw.com
              BRAD J. SADEK    on behalf of Debtor Karen B. Evans brad@sadeklaw.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    J.P. MORGAN CHASE, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                              : Chapter 7

Karen B. Evans and Lawrence M Evans                                 : Case No. 16–18086–sr

    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , 10th day of March, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court

17
Form 195